Michael Brian, OSB No. 710309
Email: michael@brianlawfirm
Brian Law Firm LLC
1611 East Barnett Road
Medford, OR 97504-8284
Telephone: 541-772-1334
Fax: 541-770-5560

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRAVIS BATTEN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY; ILLINOIS NATIONAL INSURANCE COMPANY and COUNTRY PREFERRED INSURANCE COMPANY,<br><br>    Defendants. | No. 3:18-cv-00676-PK<br><br>NOTICE OF DISMISSAL OF DEFENDANT COUNTRY PREFERRED INSURANCE COMPANY ONLY |

Pursuant to Fed. R. Civ. P. 41, based upon a settlement reached with it, plaintiff hereby gives notice that the court may immediately enter a judgment dismissing all of plaintiff's claims

Page 1    NOTICE OF DISMISSAL OF DEFENDANT COUNTRY PREFERRED INSURANCE COMPANY ONLY

against defendant Country Preferred Insurance Company only with prejudice and without costs or fees to any party.

April 24, 2018

                              BRIAN LAW FIRM LLC

                              */s/ Michael Brian*
                              Michael Brian, OSB No. 710309
                              Attorneys for Plaintiff