Michael Brian, OSB No. 710309
Email: michael@brianlawfirm
Brian Law Firm LLC
1611 East Barnett Road
Medford, OR 97504-8284
Telephone: 541-772-1334
Fax: 541-770-5560

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| TRAVIS BATTEN, | No. 3:18-cv-00676-PK |
| Plaintiff, | JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTRY PREFERRED INSURANCE COMPANY(ONLY) |
| v. | |
| STATE FARM MUTUAL AUTMOBILE INSURANCE COMPANY; ILLINOIS NATIONAL INSURANCE COMPANY and COUNTRY PREFERRED INSURANCE COMPANY, | |
| Defendants. | |

Based upon plaintiff's Notice of Dismissal of Defendant Country Preferred Insurance Company Only and the rest of the pleadings on file herein, and pursuant to Fed. R. Civ. P. 54(b), the court determines that there is no just reason for delay; now, therefore, it is hereby

Page 1     JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTRY PREFERRED INSURANCE COMPANY ONLY

ADJUDGED that all of plaintiff's claims against defendant Country Preferred Insurance Company only are dismissed with prejudice and without costs or fees to any party.

May 3, 2018.

_____
Paul Papak, U.S. Magistrate Judge

Page 2    JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTRY PREFERRED INSURANCE COMPANY ONLY