Michael Brian, OSB No. 710309
Email: michael@brianlawfirm.com
BRIAN LAW FIRM LLC
1611 East Barnett Road
Medford, OR 97504-8284
Telephone: 541-772-1334
Fax: 541-770-5560

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRAVIS BATTEN, | No. 3:18-cv-00676-PK |
| Plaintiff, | NOTICE OF DISMISSAL OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; ILLINOIS NATIONAL INSURANCE COMPANY and COUNTRY PREFERRED INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby gives notice that the Court may immediately enter a Judgment dismissing all of Plaintiff's claims against Defendant State Farm Mutual Automobile Insurance Company without prejudice.

DATE: 5/4/18.

BRIAN LAW FIRM LLC

*Michael Brian*
Michael Brian, OSB No. 710309

Page 1   NOTICE OF DISMISSAL OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE
         INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 4TH day of May, 2018, I will electronically file the foregoing **NOTICE OF DISMISSAL OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** with the Clerk of Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following:

Donald J. Verfurth
Gordon & Rees
701 Fifth Avenue, Ste. 2100
Seattle, WA 98104
    *Attorney for Illinois National Insurance Company*
Ph – 206-695-5100
Fax – 206-689-2822
E-Mail - dverfurth@grsm.com

Ralph C. Spooner
Spooner & Much PC
530 Center St., NE, Ste. 712
Salem, OR 97301
    *Attorney for State Farm Mutual Automobile Insurance Company*
Ph - 503 378-7777
Fax - 503 588-5899
E-Mail - rspooner@smapc.com

```
____   HAND DELIVERY
____   U.S. MAIL
  X    EMAIL
____   FAX
```

*Michael Brian*
Michael Brian, OSB No. 710309
michael@brianlawfirm.com; fax – 541-770-5560
Attorney for Plaintiff Travis Batten