Michael Brian, OSB No. 710309
Email: michael@brianlawfirm.com
BRIAN LAW FIRM LLC
1611 East Barnett Road
Medford, OR 97504-8284
Telephone: 541-772-1334
Fax: 541-770-5560

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TRAVIS BATTEN, | No. 3:18-cv-00676-PK |
|     Plaintiff, | JUDGMENT OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (ONLY) |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; ILLINOIS NATIONAL INSURANCE COMPANY and COUNTRY PREFERRED INSURANCE COMPANY, | |
|     Defendants. | |

    Based upon Plaintiff's Notice of Dismissal of Defendant State Farm Mutual Automobile Insurance Company and the rest of the pleadings on file herein, and pursuant to Fed. R. Civ. P. 54(b), the Court determines that there is no just reason for delay;

NOW, THEREFORE, IT IS HEREBY

ADJUDGED that all of Plaintiff's claims against State Farm Automobile Insurance Company are dismissed without prejudice.

May 7th, 2018.

_____
Paul Papak, U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 4TH day of May, 2018, I will electronically file the foregoing **JUDGMENT OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** with the Clerk of Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following:

Donald J. Verfurth
Gordon & Rees
701 Fifth Avenue, Ste. 2100
Seattle, WA 98104
    *Attorney for Illinois National Insurance Company*
Ph – 206-695-5100
Fax – 206-689-2822
E-Mail - dverfurth@grsm.com

Ralph C. Spooner
Spooner & Much PC
530 Center St., NE, Ste. 712
Salem, OR 97301
    *Attorney for State Farm Mutual Automobile Insurance Company*
Ph - 503 378-7777
Fax - 503 588-5899
E-Mail - rspooner@smapc.com

| | |
|---|---|
| \_\_\_\_ | HAND DELIVERY |
| \_\_\_\_ | U.S. MAIL |
| _X_ | EMAIL |
| \_\_\_\_ | FAX |

                                          _/s/ Michael Brian_
                                        Michael Brian, OSB No. 710309
                                        michael@brianlawfirm.com; fax – 541-770-5560
                                        Attorney for Plaintiff Travis Batten